889 A.2d 1163

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Victor Paul GOLDBERG, Respondent.**

**No. 1069 DISC. 3.**

Supreme Court of Pennsylvania.

Dec. 16, 2005.

## ORDER

PER CURIAM.

AND NOW, this 16th day of December, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 9, 2005, it is hereby

ORDERED that Victor Paul Goldberg be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.